**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**TERRELL MARCEL POMPY**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>TERRELL MARCEL POMPY,<br><br>              Defendant. | CASE NO.  2:23-CR-00295-DAD<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: August 13, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant, Terrell Pompy, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for an admit/deny hearing on August 13, 2024. Mr. Pompy has requested discovery pertaining to the charges in the Petition For Warrant or Summons For Person Under Supervision.  The discovery request is still pending and receipt of said discovery is necessary in order to proceed with the Admit/Deny hearing. The United States does not object to this requested continuance.

2.     Additional time is now necessary before the parties are prepared to proceed in the admit/deny hearing. By this stipulation, the parties now move to continue the admit/deny hearing until September 3, 2024, at 9:30am.

3.     The parties understand that this date is available to the Court for a continued admit/deny

1  hearing.

2      4.      It is therefore requested  that the admit/deny date currently scheduled for August 13,

3  2024 be continued to September 3, 2024 at 9:30am before this Court.

4

5      IT IS SO STIPULATED.

6

7

8   Dated:  August 8, 2024                              PHILLIP A. TALBERT
                                                        United States Attorney

9

10                                                      /s/ *NCHEKUBE ONYIMA*

11                                                      NCHEKUBE ONYIMA
                                                        Assistant United States Attorney

12

13

14  Dated:  August 8, 2024                             /s/ *SHELBY NICOLE ALBERTS*

15                                                      SHELBY NICOLE ALBERTS
                                                        Counsel for Defendant
16                                                      Terrell Marcel Pompy

17

18

19                                    **ORDER**

20      Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing in this

21  case is continued from August 13, 2024 to September 3, 2024, at 9:30 a.m.

22      IT IS SO ORDERED.

23  Dated:    **August 9, 2024**                    _____

24                                                  DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE
25

26

27

28

STIPULATION REGARDING CONTINUING ADMIT/DENY            2
HEARING