**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**TERRELL MARCEL POMPY**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRELL MARCEL POMPY,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:23-CR-00295-DAD<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: September 3, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant, Terrell Pompy, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on September 3, 2024. Mr. Pompy has requested discovery pertaining to the charges in the Petition For Warrant or Summons For Person Under Supervision. The discovery request is still pending and receipt of said discovery is necessary in order to proceed with the Admit/Deny hearing. The United States does not object to this requested continuance.

2. Additional time is now necessary before the parties are prepared to proceed in the admit/deny hearing. By this stipulation, the parties now move to continue the admit/deny hearing until October 8, 2024, at 9:30am.

3. The parties understand that this date is available to the Court for a continued admit/deny

hearing.

4. It is therefore requested that the admit/deny date currently scheduled for September 3, 2024, be continued to October 8, 2024, at 9:30am before this Court.

IT IS SO STIPULATED.

Dated:  August 30, 2024          PHILLIP A. TALBERT
United States Attorney

/s/ *NCHEKUBE ONYIMA*
NCHEKUBE ONYIMA
Assistant United States Attorney

Dated:  August 30, 2024          /s/ *SHELBY NICOLE ALBERTS*
SHELBY NICOLE ALBERTS
Counsel for Defendant
Terrell Marcel Pompy

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing previously scheduled for September 3, 2024 is continued to October 8, 2024, at 9:30am.

IT IS SO ORDERED.

Dated:  **August 30, 2024**          _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE